HUEBL, by guardian *ad litem,* Respondent, vs. SCOLLARD and another, Appellants.

*April 5—April 26, 1910.*

*Costs: Guardians* ad litem.

1. The right to costs does not accrue until judgment, and until that time they may be abolished or changed in amount by statute.
2. Unless made liable by special direction of the court under sec. 2932, Stats. (Laws of 1907, ch. 325), a guardian *ad litem* is not responsible for costs adjudged against his ward after the repeal of sec. 2931, Stats. (1898), by said act of 1907, even though the action was commenced prior to such repeal.

APPEAL from an order of the circuit court for Milwaukee county: J. C. LUDWIG, Circuit Judge. *Affirmed.*

*J. A. Eggen,* for the appellants.

For the respondent the cause was submitted on the brief of *F. C. Eschweiler.*

WINSLOW, C. J. There is no necessity for a detailed statement of facts of the case. The question presented is this: Can the guardian *ad litem* of an infant plaintiff be punished for contempt because he fails to pay a judgment for costs rendered against his ward in April, 1909, in an action commenced in December, 1902? It is plain that this question must be answered in the negative. At the time the judgment was rendered there was no statute making the guardian *ad litem* liable for such costs, unless the court should specially direct him to pay them on account of mismanagement or bad faith in the action. Sec. 2932, Stats. (1898), as amended by ch. 325, Laws of 1907. It is true that at the time the action was commenced sec. 2931, Stats. (1898), provided that a guardian *ad litem* of an infant plaintiff should be responsible for costs adjudged against his ward and that payment might be enforced by attachment, but this

section was repealed *in toto* by ch. 325, Laws of 1907. No rights were saved by the repealing act, and there is no vested right in costs. The right to them does not accrue until judgment. Until that time they may be abolished or changed in amount by statute. *Two Rivers Mfg. Co. v. Beyer,* 74 Wis. 210, 220, 42 N. W. 232.

The court below so held, and hence the order refusing to punish for contempt must be affirmed.

*By the Court.*—It is so ordered.